**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| HANNAH ROBERTSON,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>UNITED REVENUE CORP,<br><br>　　　　　Defendant. | Civil Case Number: 6:21-cv-01491-RRS-PJH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:  July 19, 2022

/s/ Jonathan F. Raburn
Jonathan F. Raburn, Esq.
RABURN LAW FIRM
4005 Nicholson Drive, Suite 4610
Baton Rouge, LA 70808
Phone: (318) 918-1968
Email: jonathan@geauxlaw.com

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
*Pro Hac Vice*
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*

/s/ David J. Drez, III
David J. Drez, III, Esq.
WICK PHILLIPS et al
100 Throckmorton Ste 1500
Fort Worth, TX 76102
Phone: (817) 332-7788
Email: david.drez@wickphillips.com

*Attorneys for Defendant*