IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HANNAH ROBERTSON,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED REVENUE CORP,<br><br>Defendant. | Civil Case Number: 6:21-cv-01491-RRS-PJH<br><br>**[PROPOSED] DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 19, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 6:21-cv-01491-RRS-PJH, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 21st day of July 2022.**

_____
HONORABLE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE